IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO MIRANDA,

        Plaintiff,                        No. CIV S-06-2249 MCE GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2007, the court found that plaintiff's complaint stated the following colorable claims for relief: 1) defendants Primm and Jacobson used excessive force; 2) defendant Hogan performed a physically intrusive search; 3) defendant Guillen knew about the intrusive search and told plaintiff not to worry about it; 4) defendants Wong and Huser retaliated against him. The court dismissed the remaining claims with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint.

        The court has separately ordered service of the colorable claims. For the reasons discussed in the October 2, 2007, order, the court now recommends dismissal of the claims found not colorable.

/////

1       Accordingly, IT IS HEREBY RECOMMENDED that all claims in the complaint
2 but for the four colorable claims set forth above be dismissed for the reasons discussed in the
3 October 2, 2007, order.
4       These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6 days after being served with these findings and recommendations, plaintiff may file written
7 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
10 F.2d 1153 (9th Cir. 1991).
11 DATED:  12/13/07

      /s/ Gregory G. Hollows

12       _____
      UNITED STATES MAGISTRATE JUDGE
13 mir2249.56