IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO MIRANDA,

        Plaintiff,                    No. CIV S-06-2249 MCE GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2007, the court found that plaintiff's complaint stated the following colorable claims for relief: 1) defendants Primm and Jacobson used excessive force; 2) defendant Hogan performed a physically intrusive search; 3) defendant Guillen knew about the intrusive search and told plaintiff not to worry about it; 4) defendants Wong and Huser retaliated against him. The court dismissed the remaining claims with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of the colorable claims and separately recommends dismissal of the claims found not colorable.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Primm, Jacobson, Hogan,

1

Guillen, Wong and Huser.

    2. The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 12, 2006.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Seven copies of the endorsed complaint filed October 12, 2006.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 12/13/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

mir2249.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO MIRANDA,

        Plaintiff,                                No. CIV S-06-2249 MCE GGH P

   vs.

JAMES TILTON, et al.,                   NOTICE OF SUBMISSION

        Defendants.                        OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          1        completed summons form

          6        completed USM-285 forms

          7        copies of the _____
                                       Complaint/Amended Complaint

DATED:

                                                    _____
                                                    Plaintiff